Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 11-091 GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO JUDGEMENT |
| | ) & SENTENCING |
| vs. | ) |
| | ) Court:  Hon. Judge Garland E. |
| | ) Burrell, Jr. |
| | ) Time:   9:00 a.m. |
| Kimberly Ware, | ) Date:   August 26, 2011 |
| | ) |
| Defendant | |

Defendant Kimberly Ware is scheduled to be sentenced on July 22, 2011.  Through an oversight, her co-defendants, Archie Ware & Leon Baldwin were continued to August 26, 2011 for sentencing.  The parties request that Ms. Ware's sentencing be continued to the same date as her co-defendants.  Ms. Ware has already been convicted, so there is no speedy trial exclusion necessary.

Dated: July 18, 2011          Respectfully submitted,

                              /s/ Shari Rusk
                             Shari Rusk
                             Attorney for Defendant
                             Kimberly Ware


                              /s/ Jill Thomas
                             Jill Thomas
                             Assistant United States Attorney

**ORDER**

    IT IS SO ORDERED.  The matter is calendared for August 26, 2011.

DATED: July 19, 2011

GARLAND E. BURRELL, JR.
United States District Judge